DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE ENRIQUE QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00316 AWI |
| )  Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. ) | |
| JORGE ENRIQUE QUINTERO, ) | Date: January 29, 2007 |
| )  Defendant. ) | Time: 9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 8, 2007, may be continued to January 29, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation prior to hearing.

///
///
///
///
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests
2   of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3   3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 3, 2007        By: /s/ Steven M. Crass
                                  STEVEN M. CRASS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Public Defender


DATED: January 3, 2007        By: /s/ Francine Zepeda
                                  FRANCINE ZEPEDA
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  Jorge Enrique Quintero


**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    January 5, 2007**            /s/ **Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE