DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE ENRIQUE QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00316 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. ) | |
| JORGE ENRIQUE QUINTERO, ) | Date: February 5, 2007<br>Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 29, 2007, may be continued to February 5, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation prior to hearing.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2007          By:  /s/ Steven M. Crass
                                      STEVEN M. CRASS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: January 24, 2007          By:  /s/ Francine Zepeda
                                      FRANCINE ZEPEDA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      Jorge Enrique Quintero


**O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 26, 2007**          /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2